GERMAN–AMERICAN INS. CO. OF NEW YORK v. HARRISON. (Circuit Court of Appeals, Eighth Circuit. December 6, 1899.) No. 1,217. In Error to the Circuit Court of the United States for the Southern District of Iowa. A. H. McVey, for plaintiff in error. A. H. Stutsman and D. M. Sprague, for defendant in error. Dismissed, with costs, on motion of defendant in error, with 10 per cent. damages on the original judgment.

GREEN v. CITY OF LYNN. (Circuit Court of Appeals, First Circuit. January 19, 1899.) No. 240. Before WEBB, ALDRICH, and BROWN, District Judges. Motion to file petition in error denied. See 31 C. C. A. 248, 87 Fed. 839.

HARDSOOG MFG. CO. v. LATTIMORE. (Circuit Court of Appeals, Eighth Circuit. January 10, 1900.) No. 1,301. Appeal from the Circuit Court of the United States for the Southern District of Iowa. John W. Munday, for appellant. E. Hayward Fairbanks, for appellee. Dismissed, with costs, on motion of appellee, pursuant to rule 23 (31 C. C. A. clxiii., 90 Fed. clxiii.), for failure to print the record.

HARRISON v. GERMAN–AMERICAN INS. CO. OF NEW YORK. (Circuit Court of Appeals, Eighth Circuit. December 6, 1899.) No. 1,218. In Error to the Circuit Court of the United States for the Southern District of Iowa. A. H. Stutsman and D. M. Sprague, for plaintiff in error. A. H. McVey, for defendant in error. Dismissed, at costs of defendant in error, on motion of plaintiff in error.

HIGGIN MFG. CO. v. MURDOCK. (Circuit Court of Appeals, Sixth Circuit. February 12, 1900.) No. 774. Appeal from the Circuit Court of the United States for the Southern District of Ohio. George P. Parkinson, for appellant. Jones & James, for appellee. No opinion. Decree of circuit court reversed.

HULL et al. v. MINER et al. (Circuit Court of Appeals, First Circuit. January 11, 1898. No. 193. Appeal from the Circuit Court of the United States for the District of Massachusetts. James J. Myers, Henry G. Vaughn, Charles C. Morgan, Jr., and Samuel H. Brown, for appellants. James H. Lange and Odin B. Roberts, for appellees. Before PUTNAM, Circuit Judge, and WEBB, District Judge.

PER CURIAM. On motion of the appellants, and before any hearing on the merits, it is ordered that this appeal be dismissed, without costs in this court (the appellees waiving costs), and that a mandate issue forthwith.

JOHN HANCOCK MUT. LIFE INS. CO. v. CITY OF HURON. (Circuit Court of Appeals, Eighth Circuit. January 25, 1900.) No. 1,332. In Error to the Circuit Court of the United States for the District of South Dakota. William M. Jones, for plaintiff in error. John Wood, for defendant in error. No opinion. Affirmed, with costs. See 80 Fed. 652.